UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD M. COIA
As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the Rhode Island Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO,

v. C.A. No. 07-196ML

DI NOBILE CORPORATION

**STIPULATION**

By agreement of the parties, Defendant Di Nobile Corporation shall have up to and including July 23, 2007, within which to answer or otherwise respond to Plaintiffs' Complaint.

RONALD M. COIA, et al.
By their Attorneys,

/s/ Robert P. Brooks
ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
rbrooks@apslaw.com
jlaporte@apslaw.com
Dated: June 21, 2007

DI NOBILE CORPORATION
By its Attorney,

/s/ Kenneth Kando
KENNETH KANDO (#3362)
50 Power Road
Pawtucket, RI 02860
Tel: (401) 727-1570
Fax: (401) 728-0041
kenkando@cox.net
Dated: June 21, 2007

*421305_1.doc*