UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD M. COIA, As Trustee, et als :

vs. : C. A. No.: 07-196 ML

DI NOBLE CORPORATION :

**ENTRY OF APPEARANCE**

I hereby enter my appearance in behalf of defendant, DI NOBILE CORPORATION (a/k/a DI NOBLE CORPORATION).

Defendant, by it's attorney,

Kenneth Kando

Kenneth Kando (#3362)
50 Power Road
Pawtucket, RI 02860
tel. (401) 727-1570

**CERTIFICATION**

I certify that on June 20, 2007 a copy of the within was mailed to all attorneys of record, to wit:

Robert P. Brooks, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Kenneth Kando

ken\dinob\0720\ entry app