UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD M. COIA, et als. | : | |
| V. | : | C. A. No. 07-196 ML |
| DI NOBILE CORPORATION | : | |

**ANSWER**

1. Defendant lacks sufficient information and leaves plaintiff to its proof.

2. Defendant lacks sufficient information and leaves plaintiff to its proof.

3. Admit.

4. Defendant lacks sufficient information and leaves plaintiff to its proof.

5. Defendant lacks sufficient information and leaves plaintiff to its proof.

6. Defendant lacks sufficient information and leaves plaintiff to its proof.

7. Defendant admits that it is a party to a collective bargaining agreement. Otherwise, defendant lacks sufficient information and leaves plaintiff to its proof.

8. Defendant lacks sufficient information and leaves plaintiff to its proof.

**COUNT I**

9. Defendant realleges each and every answer contained above.

10. Deny amounts; otherwise defendant lacks sufficient information and leaves plaintiff to its proof.

11. Deny amounts; otherwise defendant lacks sufficient information and leaves plaintiff to its proof.

12. Defendant lacks sufficient information and leaves plaintiff to its proof.

13. Defendant lacks sufficient information and leaves plaintiff to its proof.

14. Defendant lacks sufficient information and leaves plaintiff to its proof.

15. Defendant lacks sufficient information and leaves plaintiff to its proof.

16. Defendant lacks sufficient information and leaves plaintiff to its proof.

17. Defendant lacks sufficient information and leaves plaintiff to its proof.

18. Defendant lacks sufficient information and leaves plaintiff to its proof.

19. Defendant lacks sufficient information and leaves plaintiff to its proof.

20. Defendant lacks sufficient information and leaves plaintiff to its proof.

21. Defendant lacks sufficient information and leaves plaintiff to its proof.

22. Defendant lacks sufficient information and leaves plaintiff to its proof.

23. Defendant lacks sufficient information and leaves plaintiff to its proof.

24. Defendant lacks sufficient information and leaves plaintiff to its proof.

25. Defendant lacks sufficient information and leaves plaintiff to its proof.

26. Defendant lacks sufficient information and leaves plaintiff to its proof.

27. Defendant lacks sufficient information and leaves plaintiff to its proof.

28. Defendant lacks sufficient information and leaves plaintiff to its proof.

29. Defendant lacks sufficient information and leaves plaintiff to its proof.

30. Defendant admits that there was a payroll audit to determine the amounts it owes to plaintiff's funds; otherwise Defendant lacks sufficient information and leaves plaintiff to its proof as to exact dates.

31. Admit that amounts may be owed to plaintiff; deny that amounts have been determined with accuracy.

32. Admit that amounts may be owed to plaintiff; deny that amounts have been determined with accuracy.

33. Admit that amounts may be owed to plaintiff; deny that amounts have been determined with accuracy.

34. Deny fault on the part of defendant.

35. Defendant lacks sufficient information and leaves plaintiff to its proof.

36. Deny that demands have been made for exact amounts that defendant owes.

37. Deny that exact amounts due have been determined and that defendant refuses to pay said amounts.

**<u>COUNT II</u>**

38. Defendant realleges each and every answer contained above.

39. Admit that defendant has signed agreements.

40. Deny that exact amounts due have been determined or that defendant is in breach.

41. Deny that plaintiff has made accurate determinations of the amounts due by defendant.

WHEREFORE, defendant demands that plaintiff's claims be denied and dismissed and that defendant be awarded attorneys fees and costs.

DI NOBILE CORPORATION,
By it's attorney,

Kenneth Kando (#3362)
50 Power Road
Pawtucket, RI 02860
Tel.: (401) 727-1570
Fax: (401) 728-0041
kenkando@cox.net
Dated: July 16, 2007

**CERTIFICATION**

I certify that on July 17, 2007 the within e-filing was sent via email to the following attorney(s) of record:

Robert P. Brooks, Esq.
Adler Pollock & Sheehan P.C.
rbrooks@apslaw.com

Jaime J. Laporte, Esq.
Adler Pollock & Sheehan P.C.
jlaporte@apslaw.com

/s/ Kenneth Kando

ken\dinob\0720\Word\Answer