UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD M. COIA<br>As Trustee of the Rhode Island Laborers<br>Health Fund; the Rhode Island Laborers'<br>Pension Fund; the New England Laborers'<br>Training Trust Fund; the New England<br>Laborers' Labor Management<br>Cooperation/Trust Fund; the New England<br>Laborers' Health & Safety Fund; the Rhode<br>Island Laborers' Unified Trust Fund; the<br>Rhode Island Laborers' Annuity Fund;<br>the Rhode Island Laborers' Legal Services<br>Fund; the Rhode Island Construction<br>Industry Advancement Fund; and the<br>RHODE ISLAND LABORERS' DISTRICT<br>COUNCIL OF THE LABORERS'<br>INTERNATIONAL UNION OF<br>NORTH AMERICA, AFL-CIO, | : | |
| v. | : | C.A. No. 07-196ML |
| DI NOBLE CORPORATION | : | |

**<u>PLAINTIFFS' RULE 16 CONFERENCE STATEMENT</u>**

Pursuant to the Notice issued by this Court on August 8, 2007, Plaintiff Ronald M. Coia, as Trustee of the Rhode Island Laborers Health Fund, the Rhode Island Laborers Pension Fund, the Rhode Island Laborers Annuity Fund, the Rhode Island Laborers Training Trust Fund, the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund, the Rhode Island Laborers' Unified Trust Fund, the Rhode Island Construction Industry Advancement Fund and the Rhode Island Laborers Legal Services Fund, ("Plaintiff Funds"), and the Plaintiff, Rhode Island Laborers District Council ("Plaintiff Union") hereby submit the within Rule 16 Conference Statement.

I. Summary of Facts

On May 25, 2007, Plaintiffs filed a Verified Complaint against Defendant Di Noble Corporation ("Di Noble") under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, et seq and the National Labor Relations Act ("NLRA"), 29 U.S.C. §185, to collect delinquent fund contributions and union dues that are owed by Di Noble for work performed by union employees during certain dates in 2004, 2005 and 2006.

On or about June 1, 2001, Di Noble entered into a collective bargaining agreement, effective June 1, 2001 through May 31, 2005, with the Rhode Island Chapter, Associated General Contractors of America, Inc. On or about June 1, 2005, Di Noble entered into a second collective bargaining agreement with the Rhode Island Chapter, Associated General Contractors of America, Inc., effective July 1, 2005 through May 31, 2009. Pursuant to both agreements, Di Noble was required to report all hours worked by union employees. In addition, Di Noble was required to make contributions to the Plaintiff Funds and the Plaintiff Union for all hours worked by the union employees.

After completing a payroll audit of Di Noble's records, which is permitted under both agreements, Plaintiffs determined that Di Noble had employed various union employees in 2004, 2005 and 2006, but failed to report or make required contributions to Plaintiff Funds and Plaintiff Union. Plaintiffs attempted to collect the delinquent fund contributions and union dues without court intervention, but were unsuccessful.

II. Legal and Factual Issues

In its Answer, Di Noble admits that it was a signatory to both agreements. Di Noble further admits that some amount of money is owed to Plaintiff Funds and Plaintiff Union.

Di Noble's only objection appears to be the amounts that are owed. Accordingly, there are no legal issues in dispute in this case. The sole issue is how much Di Noble owes in delinquent fund contributions and union dues, including interest, attorneys' fees and costs, which Plaintiffs are entitled to under ERISA and the NLRA. Counsel for Plaintiffs and Defendant have exchanged information regarding the amounts alleged to be owed to the Plaintiffs as compared to the hours worked and reported to the Plaintiff Funds by Defendant and the parties are hopeful that a resolution can be achieved prior to the Rule 16 Conference on August 29, 2007.

Dated: Providence, Rhode Island
August 21, 2007

RONALD M. COIA, et al.
By their Attorneys,

/s/ Robert P. Brooks

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
rbrooks@apslaw.com
jlaporte@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August, 2007, I sent a true copy of the within document by electronic means (ECF) to:

Kenneth Kando, Esq.
50 Power Road
Pawtucket, RI 02860

/s/ Robert P. Brooks

*426014_1.doc*