UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD M. COIA<br>As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the Rhode Island Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, | : | |
| v. | : | C.A. No. 07-196ML |
| DI NOBILE CORPORATION | : | |

CONSENT JUDGMENT

In the above-captioned matter, the following Consent Judgment may enter by agreement of the parties. It is hereby Ordered, Adjudged and Decreed:

That Plaintiffs Ronald M. Coia as Trustee of the Rhode Island Laborers' Health Fund, the Rhode Island Laborers' Pension Fund, the Rhode Island Laborers' Training Trust Fund, the New England Laborers' Labor Management Cooperation/Trust Fund, the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund, the Rhode Island Laborers' Annuity Fund, the Rhode Island Laborers' Legal Services Fund, the Rhode Island Construction Industry Advancement Fund, and the Rhode Island Laborers' District Council of the Laborers' International Union of North America, AFL-CIO (the "Rhode Island Laborers' Employee Benefit Funds") shall recover from the Defendant Di Nobile Corporation the sum of

Case 1:07-cv-00196-ML-LDA Document 9 Filed 08/28/2007 Page 2 of 2

Six Thousand One Hundred Eighteen ($6,118.00) Dollars. It is further agreed that the judgment amount shall be paid as follows: One Thousand Six Hundred Eighteen ($1,618.00) Dollars on or before September 1, 2007; One Thousand Five Hundred ($1,500.00) Dollars on or before October 1, 2007; One Thousand Five Hundred ($1,500.00) Dollars on or before November 1, 2007; One Thousand Five Hundred ($1,500.00) Dollars on or before December 1, 2007. In the event that the Defendant, Di Nobile Corporation fails to make any payment by the date set forth in this Consent Judgment, Plaintiffs shall have the right to execute on the full judgment amount, which shall include in addition to the judgment amount for employee benefit funds owed to the Rhode Island Laborers' Employee Benefit Funds interest on the unpaid benefit fund contributions, interest on the unpaid benefit fund contributions or liquidated damages whichever is greater, reasonable attorneys' fees and costs of this action, and such other legal or equitable relief as the Court deems appropriate, all as allowed pursuant to 29 U.S.C. § 1132(g)(2).

Dated at Providence, Rhode Island, this 28th day of August, 2007.

ENTER: Mary M. Lisi USDJ 9/6/07

ORDER: Barbara Barletta

Respectfully submitted,

RONALD M. COIA, et al.
By their Attorneys,

/s/ Robert P. Brooks
ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
rbrooks@apslaw.com
jlaporte@apslaw.com
Dated: August 28, 2007

DI NOBILE CORPORATION
By its Attorney,

/s/ Kenneth Kando
KENNETH KANDO (#3362)
50 Power Road
Pawtucket, RI 02860
Tel: (401) 727-1570
Fax: (401) 728-0041
kenkando@cox.net
Dated: August 28, 2007

*427043_1*